

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00631-CV

**IN RE EGT HOLDINGS, LLC**[1] d/b/a Stephens Roofing & Remodeling and Thomas Patrick Suitt

Original Proceeding[2]

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               Rebecca Simmons, Justice[3]

Delivered and Filed: November 13, 2024

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On September 20, 2024, relators filed a petition for writ of mandamus and motion for stay, complaining that the trial court had failed to rule on certain motions. We granted relators' motion for stay in part and requested responses from real parties in interest and the trial court.

On November 1, 2024, the trial court filed a response representing that it had ruled on the motions that formed the basis of the mandamus petition and attached its order evidencing the same. Relators subsequently notified this court that they agree that the issues in this mandamus proceeding are now moot. Accordingly, we dismiss the petition for writ of mandamus as moot.

PER CURIAM

---

[1] The style of relators' mandamus petition reads, in pertinent part, "EFT Holdings, LLC." We note the relevant portion of the style of this case in the trial court reads "EGT Holdings, LLC" and relators' subsequent filings in this court read "EGT Holdings, LLC." Accordingly, we modify the style of this case to include the correct name—EGT Holdings, LLC.

[2] This proceeding arises out of Cause No. 2022-CI-23750, styled *Christopher Blaha and Angela Diaz v. EGT Holdings, LLC d/b/a Stephens Roofing & Remodeling and Thomas Patrick Suitt*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Nadine Melissa Nieto presiding.

[3] Sitting by assignment pursuant to section 74.003(b) of the Texas Government Code. *See* TEX. GOV'T CODE § 74.003(b).